Charles S. LiMandri, SBN 110841
 cslimandri@limandri.com
Paul M. Jonna, SBN 265389
 pjonna@limandri.com
Jeffrey M. Trissell, SBN 292480
 jtrissell@limandri.com
LiMANDRI & JONNA LLP
P.O. Box 9120
Rancho Santa Fe, CA 92067
Telephone: (858) 759-9930
Facsimile: (858) 759-9938

Peter Breen, *pro hac vice**
 pbreen@thomasmorsociety.org
Christopher J. Galiardo, *pro hac vice**
 cgaliardo@thomasmoresociety.org
THOMAS MORE SOCIETY
309 W. Washington St., Ste. 1250
Chicago, IL 60606
Tel: (312) 782-1680
*Application forthcoming

*Attorneys for Plaintiff Roger Lopez*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER LOPEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SAN DIEGO,<br><br>　　　　Defendant. | Case No.: 3:24-cv-01577-LL-SBC<br><br>**NOTICE OF MOTION AND PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Judge:　　　　Hon. Linda Lopez<br>Courtroom:　　5D<br>Hearing Date:　December 18, 2024<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

1  **TO: THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on December 18, 2024, in courtroom 5D of this Court, located at 221 West Broadway, San Diego, CA 92101, Plaintiff Roger Lopez will and hereby does move this Court, pursuant to Fed. R. Civ. P. 65(b) and S.D. Cal. CivLR 7.1 for a preliminary injunction, prohibiting Defendant City of San Diego and its officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with it, from applying San Diego Ordinance O-2024-114 to his speech on the public sidewalks outside the First Avenue Specialty Services Michelle Wagner Center, located at 2017 First Avenue, San Diego, CA 92101.

This motion is made on the two grounds that Ordinance O-2024-114 unconstitutionally abridges Mr. Lopez's speech on the basis of its content and viewpoint in violation of the First Amendment to the United States Constitution and violates his due process rights under the Fourteenth Amendment to the United States Constitution. Defendant City of San Diego's enforcement of Ordinance O-2024-114 has chilled and continues to chill Mr. Lopez's constitutionally protected speech and thus causes him irreparable injury. The relief Mr. Lopez requests would not harm any lawful interest of Defendant City of San Diego, and granting the requested relief would serve the public interest.

Further, Mr. Lopez requests that the Court waive any bond requirement in issuing the injunction because enjoining Defendant City of San Diego from unconstitutionally chilling or violating Mr. Lopez's constitutional rights will not financially affect Defendant City of San Diego.

This motion is supported by the accompanying Memorandum of Points and Authorities, by the declarations of Roger Lopez and his attorney Paul Jonna, by the Verified Complaint, and by such further argument and evidence that may be adduced at any hearing on this matter or of which the Court may take judicial notice.

///

| | |
|---|---|
| | Respectfully submitted, |
| | LiMANDRI & JONNA LLP |
| Dated: November 13, 2024 | By: _____ |
| | Charles S. LiMandri |
| | Paul M. Jonna |
| | Jeffrey M. Trissell |
| | Attorneys for Plaintiff |

# CERTIFICATE OF SERVICE

*Roger Lopez v. City of San Diego*

USDC Court Case No.: 3:24-cv-1577-LL-SBC

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; my business address is P.O. Box 9120, Rancho Santa Fe, California 92067, and that I served the following document(s):

- **NOTICE OF MOTION AND PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION;**
- **MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION;**
- **DECLARATION OF PAUL M. JONNA, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION;**
- **DECLARATION OF PLAINTIFF ROGER LOPEZ IN SUPPORT OF MOTION FOR A PRELIMINARY INJUNCTION;**
- **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION.**

on the interested parties in this action by placing a true copy in a sealed envelope, addressed as follows:

Mara W. Elliott, City Attorney
M. Travis Phelps, Assistant City Attorney
Matthew L. Zollman, Deputy City Attorney
Jenny K. Goodman, Deputy City Attorney
OFFICE OF THE CITY ATTORNEY
1200 Third Avenue, Suite 1100
San Diego, California 92101-4100
Tel: (619) 533-5800; Fax: (619) 533-5856
E-Mail:  Mzollman@sandiego.gov
E-Mail:  JGoodman@sandiego.gov
E-Mail:  CTMadere@sandiego.gov
**Attorneys for Defendant City of San Diego**

Peter Breen, Esq.
Thomas Brejcha, Esq.
Christopher Galiardo, Esq.
THOMAS MORE SOCIETY
309 West Washington, Ste. 1250
Chicago, IL 60606
Tel: (312) 782-1680
E-Mail:  tbrejcha@thomasmoresociety.org
E-Mail: pbreen@thomasmoresociety.org
E-Mail: cgaliardo@thomasmoresociety.org
**Co-Counsel for Plaintiff Roger Lopez**

   X    (BY ELECTRONIC MAIL) I served a true copy, electronically on designated recipients via electronic transmission of said documents.

   X    (BY ELECTRONIC FILING/SERVICE) I caused such document(s) to be Electronically Filed and/or Service using the ECF/CM System for filing and transmittal of the above documents to the above-referenced ECF/CM registrants.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.  Executed on November 13,  2024, at Rancho Santa Fe, California.

_____
Kathy Denworth