MARA W. ELLIOTT, City Attorney
M. TRAVIS PHELPS, Assistant City Attorney
MATTHEW L. ZOLLMAN, Deputy City Attorney
California State Bar No. 288966
    Office of the City Attorney
    1200 Third Avenue, Suite 1100
    San Diego, California 92101-4100
    Telephone: (619) 533-5800
    Facsimile: (619) 533-5856

Attorneys for Defendant CITY OF SAN DIEGO

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER LOPEZ,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO,<br><br>    Defendant. | Case No. 24-CV-01577-LL-DDL<br><br>**DEFENDANT CITY OF SAN DIEGO'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT**<br><br>**[Fed. R. Civ. P. 12(b)(6)]**<br><br>Date:   December 18, 2024<br>Judge:  Hon. Linda Lopez<br>Court:   5D<br>Trial:    Not Set |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on **December 18, 2024,** or as soon thereafter as counsel may be heard by the above-entitled Court, located at 221 West Broadway, San Diego, in Department 5D before the Honorable Linda Lopez, Defendant City of San Diego will and hereby does move the Court for an order dismissing Plaintiff's Complaint.

/ / /

/ / /

|    |    |
|----|----|
| 1  | This motion is brought pursuant to Federal Rule of Civil Procedure 12(b)(6) |
| 2  | on the grounds that the Complaint, and all causes of action contained therein, fails |
| 3  | to state a claim against the City of San Diego upon which relief can be granted. |
| 4  | This motion is based on this Notice of Motion and Motion, the Memorandum |
| 5  | of Points and Authorities filed herewith, the pleadings and papers on file herein and |
| 6  | upon such other matters as may be presented to the Court at the time of the hearing. |
| 7  | This motion is made following the conference of counsel that took place on |
| 8  | October 25, 2024. |

Dated: November 13, 2024            MARA W. ELLIOTT, City Attorney


By  */s/Matthew L. Zollman*
    Matthew L. Zollman
    Deputy City Attorney

Attorneys for Defendant CITY OF SAN DIEGO