# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER LOPEZ,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO<br><br>    Defendant. | Case No. 24-CV-01577-LL-DDL<br><br>**DECLARATION OF SERVICE** |

    I, the undersigned, declare under penalty of perjury that I am, and was at the time of service of the papers herein referred to, over the age of eighteen years and not a party to the action; and I am employed in the County of San Diego, California, in which county the within-mentioned service occurred. My business address is 1200 Third Avenue, Suite 1100, San Diego, California, 92101. I served the foregoing documents described as:

**DEFENDANT CITY OF SAN DIEGO'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT; and**

**DEFENDANT CITY OF SAN DIEGO'S POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

I caused said documents listed above to be served electronically by CM/ECF to the following individuals:

Charles S. LiMandri  
LiMandri & Jonna LLP  
P.O. Box 9120  
16236 San Dieguito Road, Suite 3-15  
Rancho Santa Fe, CA 92067  
Telephone: (858) 759-9930  
Facsimile: (858) 759-9938  
E-mail: cslimandri@limandri.com  
***Attorneys of record for Plaintiff ROGER LOPEZ***

    Executed on November 13, 2024, at San Diego, California.

*/s/ Marci Bailey*  
Marci Bailey  
Legal Secretary